KRISS & FEUERSTEIN LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
(212) 661-2900
Attorney for 243rd Street Lender LLC, as successor to Citibank, N.A.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                :

In re                                             :          Chapter 11
        243RD STREET BRONX R&R LLC      :          Case No.  11-13321-alg
                                             :
                         Debtors.        :          Hon. Allan L. Gropper
---------------------------------------------------------------X          United States Bankruptcy Judge

**NOTICE OF APPEARANCE OF KRISS & FEUERSTEIN LLP AS ATTORNEYS FOR 243RD STREET LENDER LLC, AS SUCCESSOR TO CITIBANK, N.A. PURSUANT TO BANKRUPTCY RULE 9010 AND DEMAND FOR SERVICE OF ALL NOTICES, ETC., PURSUANT TO BANKRUPTCY RULE 2002**

TO:    SEE ATTACHED SERVICE LIST

       **NOTICE IS HEREBY GIVEN,** pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that the Law Office of Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, New York 10017, appears for and on behalf of 243rd Street Lender LLC, as successor to Citibank, N.A., creditor of the above named debtor and interested party to this bankruptcy case.

       **NOTICE IS FURTHER GIVEN,** that pursuant to the Federal Rule of Bankruptcy Procedure 2002, it is requested that all notices given or required to be given in this Chapter 11 case, including but not limited to all papers filed and served in all adversary proceedings in this case and all notices mailed to any statutory committees or their authorized agents, be given to and served upon:

Kriss & Feuerstein LLP
Jerold C. Feuerstein, Esq.
360 Lexington Avenue, Suite 1200
New York, NY 10017
(212) 661-2900

**NOTICE IS FURTHER GIVEN,** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of application, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtors or debtors in possession, or the property of such debtors or the debtors' estate.

Dated: New York, New York
July 22, 2011

KRISS & FEUERSTEIN LLP
Attorneys for 243rd Street Lender LLC, as successor to Citibank, N.A.

By: /s/ Jerold C. Feuerstein
Jerold C. Feuerstein (JCF 9829)
360 Lexington Avenue, Suite 1200
New York, New York 10017
(212) 661-2900

TO:

**Aaron Rattner, Esq.**
*Debtor's Counsel*
1669 Fort Hamilton Pkwy
Brooklyn, NY 11219

**United States Trustee**
*U.S. Trustee*
33 Whitehall Street
21st Floor
New York, NY 10004