UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:                                                                                    **NOTICE OF MOTION**

243RD STREET BRONX R&R LLC,                                  Chapter 11

.                                            Debtor.                         Case No. 11-13321(alg)
------------------------------------------------------------------------x

  **PLEASE TAKE NOTICE,** that upon the annexed Application[1], dated October 14, 2011, of 243RD STREET LENDER LLC, (the "Secured Creditor"), and the annexed Affidavit of Scott J. Alter, Managing Member of the Secured Creditor, by and through its attorneys Kriss & Feuerstein LLP will move this Court before the Honorable Allan L. Gropper, United States Bankruptcy Judge, Southern District of New York, One Bowling Green, New York, New York, 10004, Courtroom 617, on the 8th day of November, 2011 at 10:00 a.m., or as soon thereafter as counsel can be heard for an Order pursuant to 11 U.S.C. §§ 362(d)(1) and 362(d)(2) lifting the automatic stay, waiving the 14 day stay imposed by FED. R. BANKR.P. 4001(a)(3) and for such further and different relief as the Court may deem just and proper.

  **PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the instant application must be made in writing and received in the Bankruptcy Clerk's Office, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York, 10004 and by the undersigned, Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, New York 10017, no later than three (3) days prior to the hearing date set forth herein.

Dated: October 14, 2011       KRISS & FEUERSTEIN LLP
   New York, New York      *Attorneys for Movant,*
                  243RD STREET LENDER LLC.

                  *s/ Jerold C. Feuerstein*
                  Jerold C. Feuerstein, Esq. (JF9829)
                  360 Lexington Avenue, Suite 1200
                  New York, New York 10017
                  (212) 661-2900 – telephone
                  (212) 661-9397 – facsimile

---

[1] Due to the voluminous size of the exhibits referenced herein, exhibits may be obtained from the Court or upon request of counsel.

TO:

| | |
|---|---|
| MARK A. FRANKEL<br>BACKENROTH FRANKEL & KRINSKY, LLP<br>489 FIFTH AVENUE<br>NEW YORK, NY 10017 | TRISTATE REALTY HOLDINGS LLC<br>C/O ZALMAN SCHOCHET, ESQ.<br>225 BROADWAY, 39TH FLOOR<br>NEW YORK, NY 10007 |
| U.S. TRUSTEE<br>UNITED STATES TRUSTEE<br>33 WHITEHALL STREET<br>21st FLOOR<br>NEW YORK, NY 10004 | CITIBANK, N.A.<br>ONE COURT SQUARE<br>LONG ISLAND CITY, NY 11120-0001 |
| BLUE DIAMOND FUEL OIL CORP.<br>149 34TH STREET<br>BROOKLYN, NY11232-2303 | NYC WATER BOARD<br>59-17 JUNCTION BLVD.<br>FLUSHING, NY 11373-5108 |
| NEW YORK CITY DEPT OF FINANCE<br>345 ADAMS STREET, 3RD FLOOR<br>NEW YORK, NY 11201-3719 | COUNTY OIL COMPANY INC.<br>18-73 42ND STREET<br>ASTORIA, NY 11105-1026 |
| C.S BROWN CO. INC.<br>C/O QUALITY 1 MGMT<br>PO BOX 1550<br>NEW YORK, NY 10039 | CON EDISON<br>COOPER STATION<br>P.O. BOX 138<br>NEW YORK, NY 10276-0138 |
| NYS DEPT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | RANGE EMERGENCY REPAIR<br>317 WEST 45TH STREET<br>NEW YORK, NY 10036-3803 |
| TOTAL FIRE PROTECTION INC.<br>5233 AVE. N<br>BROOKYLN, NY 11234-3910 | QUILL CORPORATION<br>WINDOWS<br>100 SCHELTER RD<br>LINCOLDSHIRE, IL 60069-3621 |
| CORNER HARDWARE & PAINT CENTER<br>2266 NOSTRAN AVE<br>BROOKLYN, NY 11210-3037 | ALL COUNTY SEWER & DRAIN<br>4446 PARK AVE.<br>BRONX, NY 10457-2447 |
| BRIAN A. STARK, ESQ. | PRIME BUILDING & MAINTENANCE |

1325 CASTLE HILL AVE
BRONX, NY 10462-4806

SUPPLY
436 FERRY STREET
NEWARD, NJ 07105-3929

METROPOLITAN LUMBER
175 SPRING STREET
NEW YORK, NY 10012-3797

L. DELILLO & SON
1068 BROOK AVE
BRONX, NY 10456-5204

KW STATEWIDE GLASS AND WINDOWS
354 ROGERS AVE
BROOKLYN, NY 11225-2908

MAAZEL EXTERMINATOR
1263 57TH STREET
BROOKLYN, NY 11219-4524

G. BAUER INC.
1624 WEBSTER AVE.
BRONX, NY 10457-8016