Chapter 11 Plan:  Effective Date Sources and Uses of Funds

Funds

| Escrow BFK IOLA | 1,925,000 |
|---|---|
| Receiver Cash | -0- |
| Additional Amount Escrowed | 1,086,107 |
| Additional Amount as per letter April 26, 2013 | 190,000 |
| Total | 3,201,107 |

Uses

| Real Estate Tax and Other Lien Claims to 5/1/13 | 1,427 |
|---|---|
| Water and Sewer to 5/1/13 | 265,169 (estimated) |
| Pre-Petition Interest – Default Rate | 291,488 |
| Total Interest Due – Contract Rate to 5/1/13 | 1,666,193 |
| Missed Amortization Payments to 5/1/13 | 328,737 |
| Monetary Violations | 105,563 (estimated) |
| Advances Plus Interest on Advances | 22,175 |
| Lender Professional Fees | 170,355 |
| Debtor Professional Fees | 150,000 (estimated) |
| UST Fees | 10,000 (estimated) |
| Additional escrow (property taxes, etc.) | 190,000 |
| Total | 3,201,107 |

Note 1:  Petition Date 7/8/11,
Note 2:  Includes May 1, 2013 to May 31, 2013 payment
Note 3:  Amounts indicated as "estimated" shall be escrowed with Debtor's counsel and the actual amounts due shall be paid after determination, either by consent of the subject creditor and the Debtor, or by Court order.